## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**DERRICK S. GALVIN,**
**ADC #163461**                                                                      **PLAINTIFF**

**V.**                 **CASE NO. 5:19-CV-116-KGB-BD**

**JARED BYERS,** *et al***.**                                         **DEFENDANTS**

### RECOMMENDED DISPOSITION

**I.**     **Procedure for Filing Objections**

This Recommended Disposition ("Recommendation") has been sent to Judge Kristine G. Baker. Mr. Galvin may file written objections to this Recommendation if he disagrees with the findings or conclusions in the Recommendation. Objections should be specific and should include the factual or legal basis for the objection. To be considered, objections must be received in the office of the Court Clerk within 14 days of this Recommendation.

If no objections are filed, Judge Baker can adopt this Recommendation without independently reviewing the record. By not objecting, Mr. Galvin may waive the right to appeal questions of fact.

**II.**     **Discussion**

Derrick S. Galvin, an Arkansas Department of Correction inmate, filed this federal civil rights lawsuit without the help of a lawyer under 42 U.S.C. § 1983. (Docket entry #2) Because of Mr. Galvin's litigation history, he is not eligible for *in forma pauperis*

status absent allegations that he is in imminent danger of serious bodily injury.[1] Mr. Galvin did not plead facts indicating imminent danger of serious physical injury; thus, the Court ordered him to pay the statutory filing fee within 30 days of April 10, 2019, if he wished to pursue his claims. (#3)

To date, Mr. Galvin has failed to comply with the Court's April 10, 2019 Order, and the time for doing so has passed. The Court specifically cautioned Mr. Galvin that his claims would be dismissed if he failed to address the filing fee requirement. (#3)

### III.   Conclusion

The Court recommends that Mr. Galvin's claims be DISMISSED, without prejudice, based on his failure to comply with this Court's April 10, 2019 Order and his failure to prosecute this lawsuit.

DATED this 14th day of May, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] The following dismissals constitute "strikes" against Mr. Galvin for purposes of determining eligibility for IFP status: *Galvin v. Jones, et al.*, E.D. Ark. Case No. 1:18cv87-DPM; *Galvin v. Wright, et al.*, E.D. Ark. Case No. 4:18cv117-BSM; and *Galvin v. Kelley, et al.*, E.D. Ark. Case No. 5:18cv316-BSM.