IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DERRICK S. GALVIN**  **PLAINTIFF**
**ADC # 163461**

v.  Case No. 5:19-cv-00116-KGB-BD

**JARED BYERS,** *et al.*  **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Beth Deere (Dkt. No. 6). Plaintiff Derrick S. Galvin filed an objection to the Recommended Disposition (Dkt. No. 7). Mr. Galvin also filed a motion to dismiss and not to proceed to the United States Court of Appeals (Dkt. No. 8). Mr. Galvin gives no reason for moving to dismiss his case other than stating that "[t]his matter does not need to be addressed at this time." (*Id.*). The Court grants Mr. Galvin's motion to dismiss and dismisses without prejudice his complaint (Dkt. Nos. 2, 8). However, under the Prison Litigation Reform Act ("PLRA"), 28 U.S.C. § 1915, the Court is unable to waive his federal filing fee, and Mr. Galvin remains responsible for the full filing fee. *See In re Tyler*, 110 F.3d 528 529-30 (8th Cir. 1997) ("Even if [plaintiff's] petition is dismissed, [plaintiff] will still be assessed the full filing fee because the PLRA makes prisoners responsible for their filing fees the moment the prisoner brings a civil action or files an appeal.").

It is therefore ordered that:

1. The Court considers Judge Deere's Recommended Disposition moot (Dkt. No. 6); and

2. The Court grants Mr. Galvin's motion to dismiss and dismisses without prejudice his complaint (Dkt. Nos. 2, 8).

It is so ordered this the 10th day of February, 2020.

_____
Kristine G. Baker
United States District Judge