IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DERRICK S. GALVIN**  PLAINTIFF
**ADC # 163461**

v.  Case No. 5:19-cv-00116-KGB-BD

**JARED BYERS,** *et al.*  DEFENDANTS

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Derrick S. Galvin's complaint is dismissed without prejudice. The relief requested is denied.

So adjudged this the 10th day of February, 2020.

_____
Kristine G. Baker
United States District Judge